No. 14,730.

KELLEY v. BROWN.
(99 P. [2d] 978)

Decided March 4, 1940.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Francis E. Bouck not participating.

Mr. A. T. STEWART, Mr. WILLIAM L. LLOYD, for plaintiff in error.

Mr. ERL H. ELLIS, Mr. MAX D. MELVILLE, Mr. FRED M. WINNER, Mr. MATT J. KOCHEVAR, for defendant in error.